IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| YURIJ DEBEVC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C/A No. 2:08-CV-2755-DCN |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Counterclaimant. | ) | |

**AMENDED CONSENT JUDGMENT**

The parties, plaintiff Yurij Debevc and defendant United States of America, have filed their written consent and stipulation to judgment as set forth below. It is therefore ORDERED as follows:

1. Judgment shall be entered in favor of the United States and against Yurij Debevc in the amount of $3,353,633 for penalties assessed under 26 U.S.C. § 6700, plus interest accruing according to law from the date of the judgment until paid. Yurij Debevc consents to this judgment without admitting or denying the allegations in the United States' counterclaim.

2. Each party is to bear its own costs and attorney's fees.

So ordered this 30th day of June, 2010.

DAVID C. NORTON
U.S. DISTRICT JUDGE